IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: CATHERINE WARD | § | Case: 20-34254-H1-13 |
| | § | |
| Debtor | § | Chapter 13 |

### RESPONSE TO TRUSTEE'S MOTION TO DISMISS

**Catherine Ward,** Debtor, files this Response to the Chapter 13 Trustee's Motion to Dismiss:

1. Debtor desires to continue with the chapter 13 plan.

2. Debtor has filed an amended chapter 13 plan.

3. Debtor has filed amended schedules I and J.

4. Debtor desires a hearing on the Motion to Dismiss.

WHEREFORE, Debtor requests that this court conduct a hearing, not dismiss the chapter 13 case, and for such other and further relief to which Debtor may be justly entitled.

Dated: November 10, 2020

Respectfully submitted,

*/s/Nikie Marie Lopez-Pagan*
Reese W. Baker
Texas Bar No. 01587700
Sonya Kapp
TX Bar No. 11095395
**Nikie Marie Lopez-Pagan**
**TX Bar No. 24090233**
Baker & Associates
950 Echo Lane, Suite 300
Houston, Texas 77024
713-869-9200
713-869-9100 (fax)
ATTORNEYS FOR DEBTOR

### CERTIFICATE OF SERVICE

A copy of the foregoing Debtor's Response to the Motion to Dismiss was delivered on or about November 10, 2020, to all parties listed below in the manner listed below:

| | |
|---|---|
| David G. Peake<br>9660 Hillcroft, #430<br>Houston, TX 77096 | CM/ECF Electronic Delivery |

*/s/Nikie Marie Lopez-Pagan*
**Nikie Marie Lopez-Pagan**

## VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE

The undersigned attorney, under penalty of perjury, hereby certifies that a copy of Debtor's Response to the Motion to Dismiss was delivered to the United States Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002, on or about November 10, 2020, by electronic delivery by the clerk of the Bankruptcy Court.

*/s/Nikie Marie Lopez-Pagan*
**Nikie Marie Lopez-Pagan**