IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | Catherine Ward | CASE NO: | 20-34254-H1-13 |
|---|---|---|---|
| | Debtor (s) | | Chapter 13 |
| | § | | |
| | § | | |
| | § | | |

CHAPTER 13 FEE APPLICATION
REGARDING REQUEST FOR FEES ON AN HOURLY BASIS
JUDGE MARVIN ISGUR

| | | |
|---|---|---|
| Name of Applicant: | Baker & Associates | |
| Applicant's role in case: | Debtor's Attorney | |
| Indicate if Application is for pre- or post- confirmation services (or both) | Pre-confirmation | |

| | Beginning of Period | End of Period |
|---|---|---|
| Time period covered by this Application: | 8/5/2020 | 5/25/2021 |
| Time Period(s) covered by prior Applications: | N/A | N/A |
| Total amounts awarded in all prior Applications: | | $ - |
| Amount of Retainer received in this case: | | $2,810.00 |
| Total fees requested in this Application and in all prior Applications: | | $ 11,704.28 |
| Total fees requested in this Application: | | $ 11,704.28 |
| Total professional fees requested in this Application: | | $ 9,420.00 |
| Total actual professional hours covered by this Application: | | 22.8 |
| Average hourly rate for professionals: | | $ 413.16 |
| Total paraprofessional fees requested in this Application: | | $ 1,855.00 |
| Total actual paraprofessional hours covered by this Application: | | 14.7 |
| Average hourly rate for paraprofessionals: | | $ 126.19 |
| Reimbursable expenses sought in this Application: | | $ 429.28 |
| | | |
| Amount of attorneys' fees and reimbursable expenses provided for in the plan: | | $ 12,500.00 |
| Total to be paid to unsecured creditors: | | $ 1,021.53 |
| Percentage dividend to unsecured creditors: | | 82% |
| Total to be paid to all pre-petition creditors under the plan | | $ 52,542.06 |
| Date of any scheduled dismissal hearing | | N/A |
| Date of confirmation hearing | | 5/20/2021 |
| Indicate whether the plan has been confirmed | | confirmed |