

# Baker & Associates

950 Echo Lane, Ste 300
Houston, TX 77024
staff@bakerassociates.net
www.bakerassociates.net
O: 7138699200

## Bill To:

Ward, Catherine

15922 Bazel Briar Ln
Missouri City, TX 77489

case# 20-34254-H1-13

Confirmed 05/20/2021

# INVOICE

| | |
|---|---|
| Number | 2836 |
| Issue Date | 4/12/2021 |
| Due Date | 5/12/2021 |

Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Pre Petition Client Consultation<br>8/5/2020<br>conf with past client, review of case filings, she filed in April of 2020 and June 2020. Both dismissed, discussed possible filing and motion to impose stay | Baker, Reese | $450.00 | 0.80 | $360.00 |
| Motion to Impose the Stay<br>8/12/2020<br>issues with motion to impose stay and case filing (0.3), budget issues and information needed (0.2) | Baker, Reese | $450.00 | 0.50 | $225.00 |
| Post Petition Client Consultation<br>8/13/2020<br>conf with daughter on case status, income and payments, plan for case (0.6), further issues in case, planning on Motion to Extend Auto Stay (0.3) | Baker, Reese | $450.00 | 0.90 | $405.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Schedules, Plan**<br>8/24/2020<br>review of case issues, case documents, review of mortgage issues, deferred and interest bearing amounts, review of prior home loan modification documents, review of prior POCs, review of mortgage statements, review of ad valorem tax issues (1.7), conf with client on case issues, review of POA, credit counseling, planning and finalizing documents (0.9) | Baker, Reese | $450.00 | 2.60 | $1,170.00 |
| **Schedules, Plan**<br>8/24/2020<br>Compiled and completed schedules, plan, disclosures, wage orders, motions to impose. prepared documents for attorney meeting. | Morris, Bailey | $125.00 | 3.00 | $375.00 |
| **Motion to Impose the Stay**<br>8/26/2020<br>draft motion to impose stay, orders, obtain mailing matrix, review prior cases for mailing and delivery of notices to home lender, car lender and others, filing (2.2), motion for wage order on daughter (0.5) | Baker, Reese | $450.00 | 2.70 | $1,215.00 |
| **Motion to Impose the Stay**<br>8/26/2020<br>prepared notice of hearing and filed with court (.3) called and faxed to all listed in motion and sent to certificate of service for mailing (1.) | Chandler, Tammy J | $135.00 | 1.30 | $175.50 |
| **Motion to Impose the Stay**<br>8/27/2020<br>review of information and issues for hearing, wage order for Tara Hollis | Baker, Reese | $450.00 | 0.40 | $180.00 |
| **Motion to Impose the Stay**<br>8/28/2020<br>prepare for hearing to impose stay (0.4), attend hearing (0.4), follow up with client and daughter (0.2) | Baker, Reese | $450.00 | 1.00 | $450.00 |
| **Schedules, Plan**<br>9/2/2020<br>Prepared and filed attorney disclosure. | Chandler, Tammy J | $135.00 | 0.20 | $27.00 |
| **Trustee Contact**<br>10/5/2020<br>Redacted client's 2019 tax return, sent TDL, SS Card and redacted 2019 tax return to the trustee's office. | Wright, Dee | $125.00 | 0.30 | $37.50 |
| **Schedules, Plan**<br>10/7/2020<br>Communication and emails regarding debtor's hospitalization and scheduled meeting of creditors. | Lopez-Pagan, Nikie | $375.00 | 0.30 | $112.50 |
| **Creditors Meeting/341**<br>10/9/2020<br>Preparation and appearance at video (Zoom) meeting of creditors. | Lopez-Pagan, Nikie | $375.00 | 0.50 | $187.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Post Petition Client Consultation**<br>11/4/2020<br>Phone conference from client's daughter regarding possible forbearance with mortgage company, letter to mortgage company, and trustee payments; prepared letter to Select Portfolio regarding request for forbearance agreement. | Taylor, Susanne | $150.00 | 0.20 | $30.00 |
| **Schedules, Plan**<br>11/5/2020<br>Review of Motion to Dismiss, trustee payments, status of wage order, all proof of claims, 341 meeting notes, Objection to Exemptions, last plan filed, and schedules (0.3); prepared Amended Plan (0.2); prepared Amended Schedules A, B, C, I, and J (0.2); prepared Notice of Amended Exemptions and Amended Wage Order (0.2); phone conference to client's daughter regarding amendments, income, expenses, and proof of claims (0.2). | Taylor, Susanne | $150.00 | 1.10 | $165.00 |
| **Motion to Dismiss**<br>11/5/2020<br>Review response to motion to dismiss. | Lopez-Pagan, Nikie | $375.00 | 0.10 | $37.50 |
| **Amendments**<br>11/5/2020<br>Review amended plan, schedules I, J, and wage order. | Lopez-Pagan, Nikie | $375.00 | 0.30 | $112.50 |
| **Schedules, Plan**<br>11/5/2020<br>Review letter to Select Portfolio Servicing, Inc. regarding forbearance under the CARES Act. | Lopez-Pagan, Nikie | $375.00 | 0.10 | $37.50 |
| **Post Petition Client Consultation**<br>11/9/2020<br>Email and phone conference to client's daughter regarding trustee payments, increase payment, and payment start date (0.2); corrections to Amended Plan (0.1). | Taylor, Susanne | $150.00 | 0.30 | $45.00 |
| **Amendments**<br>11/9/2020<br>Review additional changes to plan, amended schedule C, and notice of amended exemptions. | Lopez-Pagan, Nikie | $0.00 | 0.30 | $0.00 |
| **Schedules, Plan**<br>11/9/2020<br>review of exemptions, change to federal exemptions | Baker, Reese | $450.00 | 0.30 | $135.00 |
| **Schedules, Plan**<br>11/10/2020<br>Redlining and electronic filing of Amended Plan and Amended Schedules A, B, C, I, and J (0.2); electronic filing of Amended Wage Order and Notice of Amended Exemptions (0.2). | Taylor, Susanne | $0.00 | 0.40 | $0.00 |
| **Creditor Contact**<br>11/12/2020<br>Email communications to Select Portfolio regarding letter requesting forbearance agreement. | Taylor, Susanne | $150.00 | 0.20 | $30.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Post Petition Client Consultation<br>11/12/2020<br>Phone conferences to client's daughter regarding vehicle valuation, vehicle repairs, mileage, trustee payments, and upcoming confirmation hearing. | Taylor, Susanne | $150.00 | 0.20 | $30.00 |
| Trustee Contact<br>11/12/2020<br>Trustee's office called to discuss the value of the Nissan, schedules and plan. | Wright, Dee | $125.00 | 0.20 | $25.00 |
| Post Petition Client Consultation<br>11/12/2020<br>value of car (0.1),several conferences with daughter and payment issues (0.4) conf with client on taxes on house and value of car, planning (.3) | Baker, Reese | $450.00 | 0.80 | $360.00 |
| Post Petition Client Consultation<br>11/17/2020<br>Several communications with client's daughter regarding trustee payments, mortgage proof of claim, property taxes, tax exemptions, vehicle valuation, and income. | Taylor, Susanne | $150.00 | 0.30 | $45.00 |
| Schedules, Plan<br>11/17/2020<br>Prepared Second Amended Plan and Second Amended Schedules A, B, C, and J (0.3); prepared Amended Wage Order and Notice of Amended Exemptions (0.2). | Taylor, Susanne | $150.00 | 0.50 | $75.00 |
| Schedules, Plan<br>11/18/2020<br>review of amendments and car values; house issues | Baker, Reese | $450.00 | 0.30 | $135.00 |
| Schedules, Plan<br>11/18/2020<br>Corrections to Amended Plan, Amended Schedules A, B, C, and J, and Amended Wage Order; phone conference to client's daughter regarding trustee payments and proof of vehicle valuation. | Taylor, Susanne | $150.00 | 0.30 | $45.00 |
| Post Petition Client Consultation<br>11/19/2020<br>communications to client regarding amendments. | Taylor, Susanne | $150.00 | 0.10 | $15.00 |
| Schedules, Plan<br>11/19/2020<br>review of amendments | Baker, Reese | $450.00 | 0.30 | $135.00 |
| Schedules, Plan<br>11/23/2020<br>Preparation for confirmation hearing. | Lopez-Pagan, Nikie | $375.00 | 0.20 | $75.00 |
| Confirmation Hearing<br>11/24/2020<br>Telephonic/video appearance at confirmation hearing. | Lopez-Pagan, Nikie | $375.00 | 0.20 | $75.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Post Petition Client Consultation<br>12/3/2020<br>Phone conference from client's daughter regarding status of case, status of probate attorney, and attorney communications. | Taylor, Susanne | $150.00 | 0.10 | $15.00 |
| Schedules, Plan<br>12/9/2020<br>probate issues, alternatives | Baker, Reese | $450.00 | 0.10 | $45.00 |
| Post Petition Client Consultation<br>12/9/2020<br>Phone conference to client's daughter regarding totaled vehicle, trustee payments, and pay-off on vehicle. | Taylor, Susanne | $150.00 | 0.10 | $15.00 |
| Schedules, Plan<br>12/9/2020<br>Telephone conference with Richard Howard, probate attorney that prepared will and transfer on death deed for Ms. Ward, regarding probate and administration and bankruptcy court requirements (.40); emails regarding documents signed by Ms. Ward and next steps if daughter wants to continue with deceased client's case (.20). | Lopez-Pagan, Nikie | $375.00 | 0.60 | $225.00 |
| Schedules, Plan<br>12/23/2020<br>Telephone conference with Ms. Hollis (Debtor's daughter) about probate of will requirement, status of case, amendments needed and hearing. | Lopez-Pagan, Nikie | $375.00 | 0.40 | $150.00 |
| Schedules, Plan<br>1/13/2021<br>conf with Tarra Hollis, probate issues and need for probate administration | Baker, Reese | $450.00 | 0.40 | $180.00 |
| Confirmation Hearing<br>1/18/2021<br>Preparation for appearance at confirmation hearing. | Lopez-Pagan, Nikie | $375.00 | 0.30 | $112.50 |
| Motion to Dismiss<br>1/18/2021<br>Preparation for confirmation/dismissal hearing. | Taylor, Susanne | $0.00 | 0.20 | $0.00 |
| Confirmation Hearing<br>1/19/2021<br>Telephonic/video appearance at confirmation hearing (.10); telephone conference and email with Tara Hollis regarding hearing continuance, probate, and status of case. (.30). | Lopez-Pagan, Nikie | $375.00 | 0.40 | $150.00 |
| Schedules, Plan<br>1/22/2021<br>conf with Tara Hollis on probate issues (0.2), later conf with client on wrecked car (0.2), conf with George Pence on car loan, car insurance and totaled car (0.3) | Baker, Reese | $450.00 | 0.70 | $315.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Post Petition Client Consultation<br>2/15/2021<br>Communications to client's daughter regarding cancellation of hearing due to winter storm. | Taylor, Susanne | $0.00 | 0.10 | $0.00 |
| Post Petition Client Consultation<br>3/10/2021<br>Email regarding probate in state court and confirmation hearing. | Lopez-Pagan, Nikie | $375.00 | 0.10 | $37.50 |
| Post Petition Client Consultation<br>3/11/2021<br>Telephone call with Tara Hollis regarding probate, totaled vehicle and hearing. | Lopez-Pagan, Nikie | $375.00 | 0.40 | $150.00 |
| Application to Employ<br>3/15/2021<br>Review engagement agreement with probate attorney provided by Ms. Hollis (.30); emails and communication regarding documents and information still needed to complete application to employ special counsel (.30). | Lopez-Pagan, Nikie | $375.00 | 0.60 | $225.00 |
| Motion to Dismiss<br>3/15/2021<br>Preparation for confirmation/dismissal hearing. | Taylor, Susanne | $150.00 | 0.20 | $30.00 |
| Schedules, Plan<br>3/16/2021<br>issues with Tara Hollis; probate, plan, payment amounts | Baker, Reese | $450.00 | 0.10 | $45.00 |
| Post Petition Client Consultation<br>3/16/2021<br>Phone conference from client's daughter regarding confirmation of case, amendments, and additional information needed. | Taylor, Susanne | $150.00 | 0.10 | $15.00 |
| Confirmation Hearing<br>3/16/2021<br>Preparation for confirmation hearing (.30); telephonic and video appearance at confirmation hearing (.20). | Lopez-Pagan, Nikie | $375.00 | 0.50 | $187.50 |
| Application to Employ<br>4/5/2021<br>Telephone conference with probate attorney Matthew Wylie regarding contract with Debtor's daughter Tara Hollis, application to employ and status of probate case (.30); review and further draft application to employ special counsel (.30). | Lopez-Pagan, Nikie | $375.00 | 0.60 | $225.00 |
| Post Petition Client Consultation<br>4/6/2021<br>Email communications to client's daughter regarding Application to Employ. | Taylor, Susanne | $150.00 | 0.10 | $15.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Application to Employ**<br>4/6/2021<br>Draft further changes to application to employ probate attorney (.30); review and further draft proposed order, and unsworn declarations under rules 2014 and 2016 (.80); telephone conference with Matthew Wylie, Esq. regarding services provided to Ms. Hollis and documentation to sign (.30). | Lopez-Pagan, Nikie | $375.00 | 1.40 | $525.00 |
| **Application to Employ**<br>4/7/2021<br>Electronic filing of Application to Employ Matthew G. Wylie. | Taylor, Susanne | $0.00 | 0.10 | $0.00 |
| **Post Petition Client Consultation**<br>4/7/2021<br>Phone conference to client's daughter regarding status of signed Application to Employ, totaled vehicle, amendments, and insurance proceeds from water damage. | Taylor, Susanne | $150.00 | 0.10 | $15.00 |
| **Schedules, Plan**<br>4/8/2021<br>Continued review of proof of claims, trustee payments, and Chapter 13 Trustee's Objection to Exemptions (0.1); prepared Amended Plan and Amended Schedules A/B, C, I, and J (0.4); phone conferences with client's daughter regarding income, expenses, and possible purchase of new vehicle (0.2); prepared Notice of Amended Exemptions and Amended Wage Order (0.2). | Taylor, Susanne | $150.00 | 0.90 | $135.00 |
| **Schedules, Plan**<br>4/8/2021<br>Prepared Notice of Letters Testamentary. | Taylor, Susanne | $150.00 | 0.20 | $30.00 |
| **Schedules, Plan**<br>4/8/2021<br>Review and further draft notice of letters testamentary. | Lopez-Pagan, Nikie | $375.00 | 0.20 | $75.00 |
| **Amendments**<br>4/8/2021<br>Review amended plan, schedules A/B, C, I/J, and wage order. | Lopez-Pagan, Nikie | $375.00 | 0.50 | $187.50 |
| **Post Petition Client Consultation**<br>4/9/2021<br>Phone conference from client's daughter regarding amendments, trustee payments, surrendered vehicle, and upcoming hearing. | Taylor, Susanne | $150.00 | 0.10 | $15.00 |
| **Schedules, Plan**<br>4/9/2021<br>issues on plan, car, and fees (0.2), fixes to plan and other documents | Baker, Reese | $450.00 | 0.50 | $225.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Schedules, Plan<br>4/9/2021<br>Corrections to Amended Schedules A, B, and C; email communications to client's daughter regarding amendments; prepared Notice of Signatures. | Taylor, Susanne | $150.00 | 0.40 | $60.00 |
| Schedules, Plan<br>4/12/2021<br>Electronic filing of Letters Testamentary. | Taylor, Susanne | $0.00 | 0.10 | $0.00 |
| Motion to Dismiss<br>4/12/2021<br>Preparation for confirmation/dismissal hearing. | Taylor, Susanne | $150.00 | 0.20 | $30.00 |
| Amendments<br>4/12/2021<br>Telephone conference with Ms. Hollis, regarding questions about fees in plan, mortgage arrears, vehicle treatment and confirmation hearing (.40); emails regarding amendments and hearing (.20). | Lopez-Pagan, Nikie | $375.00 | 0.60 | $225.00 |
| Confirmation Hearing<br>4/13/2021<br>Preparation for confirmation hearing (.30); telephonic and video appearance at confirmation hearing (.20). | Lopez-Pagan, Nikie | $375.00 | 0.50 | $187.50 |
| Schedules, Plan<br>5/7/2021<br>transfer of house to daughter, other issues | Baker, Reese | $450.00 | 0.20 | $90.00 |
| Post Petition Client Consultation<br>5/18/2021<br>Call to client's daughter. | Taylor, Susanne | $0.00 | 0.10 | $0.00 |
| Schedules, Plan<br>5/18/2021<br>Corrections to Amended Plan and Amended Schedules A/B, C, I, and J (0.3); prepared Notice of Amended Exemptions and Amended Wage Order (0.1); email communications to client's daughter regarding amendments (0.1). | Taylor, Susanne | $150.00 | 0.50 | $75.00 |
| Post Petition Client Consultation<br>5/18/2021<br>Phone conference from client's daughter regarding trustee payments, income, expenses, and upcoming hearing. | Taylor, Susanne | $150.00 | 0.10 | $15.00 |
| Amendments<br>5/19/2021<br>Review amended plan, schedules A/B, C, I, J, wage order. | Lopez-Pagan, Nikie | $375.00 | 0.50 | $187.50 |
| Schedules, Plan<br>5/19/2021<br>redlining and electronic filing of Amended Plan and Amended Schedules A/B, C, I, and J (0.2); electronic filing of Amended Wage Order, Notice of Signatures and Notice of Amended Exemptions (0.2). | Taylor, Susanne | $0.00 | 0.40 | $0.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Schedules, Plan<br>5/25/2021<br>Emails regarding motion of approval of conveyance of property from the estate of Catherine Ward to Tara Hollis. | Lopez-Pagan, Nikie | $375.00 | 0.10 | $37.50 |
| Fee Application Preparation<br>5/25/2021<br>Corrections to invoice, prepared all documentation for filing, | Chandler, Tammy J | $135.00 | 2.00 | $270.00 |
| Fee Application Preparation<br>5/25/2021<br>Reviewed and approved all documentation for filing. | Baker, Reese | $450.00 | 0.50 | $225.00 |
| | | **Time Entries Total** | **37.50** | **$11,275.00** |

Expenses

| Expense | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Credit Report<br>8/24/2020<br>credit report 5948799 | Hunt, Jennifer | $37.00 | 1.00 | $37.00 |
| Filing Fees<br>8/25/2020<br>Chapter 13 filing fee 22382289 | Hunt, Jennifer | $310.00 | 1.00 | $310.00 |
| copies<br>8/24/2020<br>Pre-filing Copies | | $37.50 | 1.00 | $37.50 |
| Postage<br>8/26/2020<br>3rd party mailout 6132362603 | Hunt, Jennifer | $27.50 | 1.00 | $27.50 |
| Postage<br>8/27/2020<br>3rd party mailout 6132362712 | Hunt, Jennifer | $15.00 | 1.00 | $15.00 |
| Postage<br>9/23/2021<br>postage and copies for fee application mailout | | $2.28 | 1.00 | $2.28 |
| | | **Expenses Total:** | **6.00** | **$429.28** |

| | |
|---|---|
| Total (USD) | $11,704.28 |
| Payment 6413 | $-2,810.00 |
| Balance | $8,894.28 |